# EXHIBIT A

**From:** usernotices@google.com
**Subject:** [8-6541000033883] Notification From Google
**Date:** December 12, 2022 at 3:21:04 PM EST
**To:** usernotice-noreply@google.com

Google

Dear Google User,

Google received and responded to a legal process issued by the United States Department of Justice compelling the release of information related to your Google account. A court order previously prohibited Google from notifying you of the legal process. We are now permitted to disclose the receipt of the legal process to you. The agency reference numbers or case numbers on the legal process are Subpoena # GJ2017110043546; USAO # 2017R01887.

For more information about how Google handles legal process, view our transparency report at http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

Google is not in a position to provide you with legal advice or discuss the substance of the legal process. If you have other questions regarding this matter, you may wish to contact an attorney.

Reply directly to this email in any further communications regarding this matter. Any communications not sent as a direct reply to this email must contain the subject line "Attention Google Legal Investigations Support," reference the case identification number, and be sent to usernotices@google.com in order to ensure the appropriate routing and processing.

Regards,
Legal Investigations Support
Google LLC

You received this announcement to update you about important information in regards to your Google account.
© 2021 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:    Custodian Of Records
       Google
       1600 Amphitheatre Parkway
       Mountain View, CA  94043

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse, 3rd Floor     Grand Jury #    16-3<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Date and Time:<br>Tuesday, December 5, 2017 at 9:00 AM |
| --- | --- |

You must also bring with you the following documents, electronically stored information, or objects:

PLEASE SEE ATTACHMENT

Date: November 20, 2017

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_



Subpoena #GJ2017112043546
USAO #2017R01887

**ATTACHMENT**
**Google/ Google Voice**

All customer or subscriber account information for any and all accounts associated with the following identifiers listed below from **April 1, 2016 to the present day**:



- ████████@gmail.com

In addition, for each such account, the information shall include the subscriber's:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records;

4. Records of session times and durations;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), MSISDN, International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Station Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including temporarily assigned network addresses and registration Internet Protocol ("IP") addresses);

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.