UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KASHYAP P. PATEL,

    Plaintiff,

v.

JESSIE LIU *et al.*,

    Defendants.

Case No.: 1:23-cv-02699-APM

PLAINTIFF'S STATEMENT IN RESPONSE TO MINUTE ORDER
AND JUDICIAL DISCLOSURES

    At this time, Plaintiff does not foresee that FBI agent Peter Strzok would be a witness in this case and therefore does not believe that Judge Mehta's spousal connection to Zuckerman Spaeder, LLP warrants recusal. Additionally, Plaintiff does not believe that Judge Mehta's current membership on the Foreign Intelligence Surveillance Court warrants recusal from this case.

Dated: September 25, 2023

Respectfully submitted,

/s/ *Jason C. Greaves*
Jason C. Greaves, DC Bar No. 1033617
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 25, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Jason C. Greaves*
Jason C. Greaves, DC Bar No. 1033617

*Counsel for Plaintiff*
