UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASHYAP PATEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JESSIE K. LIU, et al., )<br>)<br>Defendants. )<br>) | Case No. 23-cv-2699 (APM) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 23, Defendants' Motion to Dismiss, ECF No. 18, is granted as to the *Bivens* claim against all Defendants. This action is hereby dismissed.

This is a final, appealable order.

Dated: September 25, 2024

Amit P. Mehta
United States District Court Judge